UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60198-CR- DIMITROULEAS

UNITED STATES OF AMERICA

v.

WOOSVELT PREDESTIN,

    **Defendant.**
_____/

## FACTUAL BASIS IN SUPPORT OF PLEA

The Office of the United States Attorney for the Southern District of Florida ("the United States") hereby files this factual basis in support of the change of plea of defendant Woosvelt Predestin. In support thereof, the government asserts the following facts:

PowerfulU Healthcare Services LLC (PowerfulU), was a limited liability company incorporated under the laws of the State of Florida on or about November 17, 2014, located at 3601 W Commercial Blvd, Suites 14 and 15, Fort Lauderdale, FL 33309. On its public Facebook page, PowerfulU advertised itself as a group of nurses and doctors which wants to empower men and women by helping them to become health care providers.

Docu-Flex & More LLC (Docu-Flex) was a limited liability company incorporated under the laws of the State of Florida on or about February 13, 2020, located at 3601 W Commercial Blvd, Suites 14 and 15, Fort Lauderdale, FL 33309.

Nursing School #1 was licensed by the Florida Board of Nursing as a nursing education program on or about June 22, 2012. Nursing School #1's license was terminated on or about May 2, 2017, due to the low passage rate of its graduates.

Nursing School #2 was a limited liability company incorporated on or about May 22,

2006, under the laws of the State of Florida, with its primary business address located in Broward County, Florida.

Geralda Adrien, a resident of Broward County, was the President of PowerfulU and Manager of Docu-Flex.

Woosvelt Predestin, a resident of Broward County, was an employee of PowerfulU and Docu-Flex.

TD Bank N.A. was a financial institution based in Canada with offices located throughout the United States, including in the State of Florida, whose accounts were insured by the FDIC.

CEUfast, Inc. based in Lake City, Florida, was accredited as a provider of continuing nursing education by the American Nurses Credentialing Center's Commission on Accreditation and was accessible via ceufast.com.

The New York State Education Department was the department of the New York state government responsible for the supervision for all public schools in New York and all standardized testing, as well as the production and administration of state tests.

Geralda Adrien, Woosvelt Predestin, and others sold fraudulent diplomas and college transcripts obtained from Nursing School #1 and Nursing School #2 to individuals indicating that said individuals completed the necessary courses and/or clinicals to obtain nursing degrees when the purchasers had never actually completed the necessary courses and/or clinicals.

Geralda Adrien, Woosvelt Predestin, and others caused the purchasers to transmit supporting identification documents by means of wire communication in interstate and foreign commerce.

Geralda Adrien, Woosvelt Predestin, and others created and caused others to create transcripts that the purchasers had taken certain coursework that the purchasers had never

actually taken.

Geralda Adrien and others completed required online continuing education courses offered by CEUfast, Inc. on behalf of the purchasers and transmitted the ensuing certificates of completion to the accreditation agency by means of wire communication in interstate and foreign commerce.

Geralda Adrien, Woosvelt Predestin, and others sent and caused others to send fake diplomas and transcripts to purchasers and to third parties including the New York State Education Department on behalf of the purchasers while using the mails and interstate carriers.

Employees of Nursing School #1 and Nursing School #2 back-dated diplomas and student transcripts and Geralda Adrien and Woosvelt Predestin instructed purchasers how to use the documents to obtain state certification to practice as registered nurses and licensed nurse practitioners.

Geralda Adrien, Woosvelt Predestin, and others used the proceeds of the fraud for their personal use and benefit, and to further the fraud.

If this case were to go to trial the Government would be able to prove all of the above beyond a reasonable doubt. The above-described facts serve only as a summary of the testimony were this case to proceed to trial and are not intended to be an exhaustive account of all the information available to the Government concerning the offenses charged in the Indictment.

Date: 1/3/2022   By: _____
CHRISTOPHER J. CLARK
ASSISTANT U.S. ATTORNEY

Date: 1-3-22   By: _____
DANIEL FORMAN, ESQ.
ATTORNEY FOR DEFENDANT

Date: 1-3-22   By: _____
WOOSVELT PREDESTIN
DEFENDANT